NO.
12-05-00364-CV

 

              IN THE COURT OF APPEALS

 

 TWELFTH COURT OF APPEALS DISTRICT

 

                             TYLER, TEXAS

 

 

R.C. WAGNER D/B/A

WAGNER TRUCKING,                                   '     APPEAL
FROM THE 

APPELLANT

 

V.                                                                         '     COUNTY
COURT AT LAW OF

 

AMERICAN HOME 

ASSURANCE COMPANY,                            '     SMITH
COUNTY, TEXAS

APPELLEE





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

Appellant has filed a motion to dismiss this appeal,
and all other parties to the appeal have been given notice of the filing of
this motion.  In its motion, Appellant
represents that the parties have reached an agreement that disposes of all
issues presented for appeal.  Because
Appellant has met the requirements of Texas Rule of  Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed.            

Opinion
delivered February 15, 2006.

Panel consisted of Worthen, C.J., Griffith, J., and
DeVasto, J.

 

 

 

 

 

 

 

 

 

                                                                     (PUBLISH)